**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Bernard Donnell SHERILL, a/k/a**
**Nard, Defendant–Appellant.**

No. 09–7030.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 31, 2011.

Decided: April 4, 2011.

Noell Peter Tin, Tin, Fulton, Walker & Owen, PLLC, Charlotte, North Carolina, for Appellant. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Donnell Sherill appeals the district court's order granting his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Sherill,* No. 3:95–cr–00005–FDW–8 (W.D.N.C. May 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*